## Mary Gorman and Joseph Morper, Appellees, v. W. Piszynski, Trading as Lincoln Baking Company, and M. Sewinski, Appellants.

Gen. No. 40,479.

opinion filed June 28, 1939; rehearing denied July 11, 1939. Delmar J. Hill and Cedric C. Herrmann, for appellants; Henry Mitgang, for appellees; Joseph G. Robinson, of counsel. Opinion by JUSTICE FRIEND. ''Not to be published in full.''